ROBERT W. FIRTH, Respondent, *v.* CATHARINE A. C. G. REHFELDT, Appellant.

*Firth* v. *Rehfeldt*, 30 App. Div. 326, affirmed.
(Argued October 9, 1900; decided October 26, 1900.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered May 26, 1898, affirming a judgment in favor of plaintiff entered upon the report of a referee.

*Edmund Luis Mooney* and *Frederick A. Card* for appellant.

*James P. Philip* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, HAIGHT, MARTIN, VANN and LANDON, JJ.

---

MILLARD F. POWERS et al., Respondents, *v.* ANDREW McLEAN, Appellant.

*Powers* v. *McLean*, 14 App. Div. 92, affirmed.
(Argued October 10, 1900; decided October 26, 1900.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered February 16, 1897, reversing a judgment in favor of defendant entered upon the report of a referee, and granting a new trial.

*Robert A. B. Dayton* for appellant.

*Robert L. Harrison* for respondents.

Order affirmed and judgment absolute ordered for plaintiff on the stipulation, with costs; no opinion.
Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, HAIGHT, MARTIN, VANN and LANDON, JJ.